UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUAN FRANCISCO VEGA,

    Plaintiff,

v.                          Case No.:  2:23-cv-202-SPC-KCD

JON P. CARNER, DAKOTA
CARDENAS, JOHN DOE and
JANE DOE,

    Defendants.

_____/

## OPINION AND ORDER

Before the Court is Plaintiff Juan Francisco Vega's Objection to the Opinion and Order (Doc. 77).  Vega does not seek any relief in the objection, but to the extent it can be construed as a motion under Rule 59 or Rule 60, it is **denied**.  Vega does not state any grounds to justify altering or amending the judgment, *see* Fed. R. Civ. P. 59(a), or to justify relief from the judgment, *see* Fed. R. Civ. P. 60(b).

**DONE** and **ORDERED** in Fort Myers, Florida on December 13, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record